**ROBERT SCHIFF**

**VERSUS**

**LAWRENCE G. PUGH, III,
FREDERICK T. HAAS, III,
ALEXANDER L. BURNS, AND
PUGH, ACCARDO, HAAS,
RADECKER & CAREY, L.L.C.**

\*

\*

\*

\*

\*

\*

\* \* \* \* \* \* \*

**NO. 2021-CA-0267**

**COURT OF APPEAL**

**FOURTH CIRCUIT**

**STATE OF LOUISIANA**

*SCJ*

**JENKINS, J., CONCURS IN THE RESULT**